UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-7455-CAS(Ex) | | Date | October 25, 2012 |
|---|---|---|---|---|
| Title | *SHRI SAI SEVA v. SHRI SHIRDI SAIBABA SANSTHIN LOS ANGELES; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

On , September 17, 2012, this Court issued an Order to Comply With Local Rule 3-2, which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within twenty-four hours of the date the civil initiating documents are filed. Plaintiff's counsel has failed to comply with that Order of Court.

**IT IS HEREBY ORDERED** that **PLAINTIFF/DEFENDANT** show cause in writing not later than **November 13, 2012** why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs no later than **November 13, 2012**. Failure to do so will result in the matter being submitted to the Court and deemed consent to the imposition of sanctions.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |