UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     JS-6

| Case No. | CV 12-7455 CAS (Ex) | Date | May 20, 2013 |
|---|---|---|---|
| Title | SHRI SAI SEVA V. SHRI SHIRDI SAIBABA SANSTHIN LOS ANGELES, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants

Not present     Not present

**Proceedings:**     **(IN CHAMBERS): ORDER DISMISSING CASE**

On August 30, 2012, plaintiffs Shri Sai Seva, an unincorporated association appearing on behalf of its individual members, Dilip Chauhan, Jayant Jhaveri, Mohan Korukonoa, Adinarayawa Challuuadi, Shyam Thakur , Dilip Sangani and Vilas Doshi filed suit against defendants Shri Shirdi Sai Baba Sansthin Los Angeles ("Sai Baba"), Prabhakar Tummala, and Does 1–10.

On April 9, 2013, the Court granted defendants' motion to dismiss plaintiffs' First Amended Complaint and provided plaintiffs with thirty days in which to file an amended complaint. Dkt. No. 32. Plaintiff was further instructed to submit a RICO case statement in accordance with the Court's order. Id.

To date, plaintiffs have not filed an amended complaint nor a RICO case statement. Accordingly, the Court hereby DISMISSES this case WITH PREJUDICE.

IT IS SO ORDERED.

                                                                    00 : 00

Initials of Preparer     CMJ